USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ and on behalf of all other persons similarly situated,

                Plaintiff,

-against-

KATE SPADE LLC,

                Defendant.

ORDER SCHEDULING DISCOVERY CONFERENCE

19CV11757 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for General Pretrial duties (Doc. No. 24).  A telephonic Discovery Conference will be held on **Wednesday, November 4, 2020 at 12:30 p.m.** to address the parties' outstanding discovery disputes.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated:   October 14, 2020
            New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge