UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIMELDA MENDEZ AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>      v.<br><br>KATE SPADE LLC,<br><br>      Defendant. | Case No. 1:19-cv-11757 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated: December 7, 2020

| THE MARKS LAW FIRM, P.C. | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| By: _____<br>Bradly G. Marks<br>175 Varick Street, 3rd Floor<br>New York, New York 10014<br>(646) 770-3775<br>*Attorneys for Plaintiff* | By: _____<br>Sean Kirby<br>30 Rockefeller Plaza<br>New York, NY 10112-0015<br>(212) 653-8700<br>*Attorneys for Defendant* |